

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2014

No. 04-14-00432-CR

Otto Ray **KIETZMAN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

On February 28, 2014, appellant filed an amended application for writ of habeas corpus seeking relief from an extradition order. On March 14, 2014, the trial court signed an order denying relief, and appellant filed a timely notice of appeal from that order on March 18, 2014. On June 2, 2014, the trial court signed a second order denying relief, and appellant filed a timely notice of appeal from that order on June 11, 2014.

Appellate courts do not have jurisdiction to review a trial court's refusal to grant an application for a writ of habeas corpus. *Ex parte Hargett*, 819 S.W.2d 866, 868 (Tex. Crim. App. 1991). "When a hearing is held on the merits of an applicant's claim and the court subsequently rules on the merits of that claim," however, "the losing party may appeal." *Id*.

On June 20, 2014, this court ordered appellant to show cause why his appeal from the trial court's order dated June 2, 2014 should not be dismissed for lack of jurisdiction because the record contained no document to establish that the June 2, 2014 ruling was a ruling on the merits of appellant's application. The order noted that if appellant failed to respond within the time provided, the appeal would proceed only with regard to the trial court's March 14, 2014 order, which the record establishes is a ruling on the merits of appellant's application. On July 10, 2014, appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. The brief contained no response to the jurisdictional issue raised by this court. Accordingly, on July 30, 2014, the jurisdictional issue was ordered CARRIED WITH THE APPEAL. Appellant was provided a copy of the record for this appeal, and the order stated that if appellant desired to file a pro se brief after reviewing the record, he was required to file his brief by August 29, 2014.

On August 8, 2014, appellant filed a pro se answer to show cause order. Based on our review of the records, this court has jurisdiction to review the trial court's order signed on March 14, 2014. This court questions its jurisdiction to review the trial court's order signed on June 2, 2014, and that issue has been carried with the appeal. Because an *Anders* brief has been filed, appellant has the opportunity to review the record and file a *pro se* brief raising issues with regard to the trial court's order signed on March 14, 2014. If appellant believes this court also has jurisdiction to review the trial court's order signed on June 2, 2014, appellant should also include in his *pro se* brief any argument regarding our jurisdiction to consider that order. Appellant's brief must be filed no later than September 10, 2014.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2014.

Keith E. Hottle
Clerk of Court